# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2014

## NO. 03-12-00273-CR

**Leobardo Puente Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction entered by the trial court on April 5, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.